ROSE MILLER, as Administratrix of the Estate of JOHN MILLER, Deceased, Respondent, *v.* AMALGAMATED LAUNDRIES, INC., Appellant.

(Argued October 12, 1931; decided November 17, 1931.)

*Arthur K. Wing, James G. Purdy* and *John H. Brogan* for appellant.

*Jay Leo Rothschild, Louis Rivkin* and *Joseph Silber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., CRANE and LEHMAN, JJ.